[No. 9737–7–I.   Division One.   May 10, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. BILLY RAY POPE, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 80–1–04086–0, 80–1–04087–8, T. Patrick Corbett, J., entered November 14, 1980. *Reversed* by unpublished per curiam opinion.

[No. 5597–0–II.   Division Two.   May 11, 1982.]

GORDON C. AIRD, ET AL, *Respondents,* v. PROFESSIONAL AND TECHNICAL ENGINEERS ASSOCIATION, LOCAL No. 17, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 2298828, Stanley W. Worswick, J., entered October 7, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Johnson, J. Pro Tem.

[No. 5040–4–II.   Division Two.   May 11, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PERRY WALLS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 770957, Arthur W. Verharen, J., entered August 8, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 4318–5–III.   Division Three.   May 11, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LYNN HASKELL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–1–00686–1, Philip J. Thompson, J., entered November 24, 1980. *Affirmed* by unpublished opinion per Reed, J., concurred in by Roe, A.C.J., and Munson, J.